# Bickley v. Hays.

## Bill to Redeem.

(Decided June 12, 1913.  62 South. 767.)

*Equity; Bill; Demurrer; Appeal.*—Where a demurrer is sustained to a bill, but the bill is not dismissed, an appeal must be taken therefrom within 30 days as required by section 2838, Code 1907, and an appeal taken therefrom more than 30 days after the enrollment of such decree confers no jurisdiction on this court to review said appeal, and it will be dismissed.

APPEAL from Colbert Chancery Court.

Heard before Hon. W. H. SIMPSON.

Bill by E. L. Bickley against Arthur Hays. From a decree sustaining demurrers to the bill complainant appeals. Appeal dismissed.

PAUL HODGES, for appellant. Counsel discuss the questions raised by the demurrer to the bill with citation of authority in support of his contentions, but in view of the opinion, it is not deemed necessary to here set them out.

JOS. H. NATHAN, for appellee. The appeal is governed by section 2838, Code 1907, and not having been taken within 30 days from the decree, confers no jurisdiction on this court, and the appeal should be dismissed.—*Dennis v. Curry,* 142 Ala. 637, and cases cited.

ANDERSON, J.—This appeal was taken by the complainant from a decree of the chancellor sustaining a demurrer to the bill of complaint, but the bill was not dismissed, and said appeal is controlled by section 2838 of the Code of 1907. This section, which gives the right of appeal in such cases, requires that the appeal be

taken within 30 days from the rendition of the decree. The decree was rendered February 20, 1913, and the appeal was not taken until April 1, 1913, more than thirty days thereafter, and this court is without jurisdiction to entertain said appeal, which is accordingly dismissed.—*Dennis v. Currie,* 142 Ala. 637, 38 South. 802; *Blackburn v. H. Mfg. Co.,* 135 Ala. 598, 33 South. 160; *Lide v. Park.* 132 Ala. 222, 31 South. 360.

Appeal dismissed.

DOWDELL. C. J., and MAYFIELD and DE GRAFFENRIED, JJ., concur.